```
 1  BRIAN J. STRETCH (CABN 163973)
    United States Attorney
 2
    THOMAS MOORE (ALBN 4305-O78T)
 3  Assistant United States Attorney
    Chief, Tax Division
 4
 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
 6      Telephone: (415) 436-7017
        FAX: (415) 436-7009
 7
 8  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 17-cv-00535 EMC |
| Plaintiff, | STIPULATION TO ENTRY OF JUDGMENT and [proposed] ORDER THEREON |
| v. | |
| OSCAR RENTERIA and DENISE RENTERIA, | |
| Defendants. | |

The United States of America, by its undersigned counsel, and defendants Oscar Renteria and Denise Renteria, by their undersigned counsel, stipulate and hereby agree that Judgment be entered against Oscar Renteria and Denise Renteria as follows:

1. For tax year 2010, Oscar Renteria and Denise Renteria are jointly and severally liable to the United States of America in the amount of $589,051.14 as of February 28, 2017.

2. For tax year 2011, Oscar Renteria and Denise Renteria are jointly and severally liable to the United States of America in the amount of $363,043.69 as of February 28, 2017.

3. For tax year 2012, Oscar Renteria and Denise Renteria are jointly and severally liable to the United States of America in the amount of $256,305.67 as of February 28, 2017.

4. Interest shall accrue under 26 U.S.C. Sections 6602 and 6621 on the amounts owed until the liabilities set forth herein are paid in full.

5. Each party shall bear its own costs and attorney=s fees.

_____ 4/25/17
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division

_____ 4/25/17
MICHELLE FERREIRA
GREENBERG TAURIG, LLP
Attorneys for defendants Oscar Renteria and Denise Renteria

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/26/17

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

