DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7022
FAX: (415) 436-6748
shining.hsu@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  CV 17-0535 EMC |
| Plaintiff, | ) | |
| v. | ) | SATISFACTION OF JUDGMENT |
| OSCAR RENTERIA, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Satisfaction of judgment obtained herein by plaintiff United States of America against defendant OSCAR RENTERIA, is hereby acknowledged and you are instructed to enter a Satisfaction of Judgment of record herein.   An Abstract of Judgment was recorded as Document Number 2017-0013991 on June 21, 2017, in Napa County, Napa, CA.  Said defendant is hereby released from said judgment.

Dated:  May 21, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

By:  /s/ Shining J. Hsu
SHINING J. HSU
Assistant United States Attorney

SATISFACTION OF JUDGMENT - CV 17-0535 EMC