DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    FAX: (415) 436-6748
    shining.hsu@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 17-0535 EMC |
| Plaintiff, | |
| v. | SATISFACTION OF JUDGMENT |
| DENISE RENTERIA, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

    Satisfaction of judgment obtained herein by plaintiff United States of America against defendant DENISE RENTERIA, is hereby acknowledged and you are instructed to enter a Satisfaction of Judgment of record herein.   An Abstract of Judgment was recorded as Document Number 2017-0013990 on June 21, 2017, in Napa County, Napa, CA.  Said defendant is hereby released from said judgment.

Dated: May 21, 2020

                                                  Respectfully submitted,

                                                  DAVID L. ANDERSON
                                                  United States Attorney

                                        By:    /s/ Shining J. Hsu
                                                 SHINING J. HSU
                                                 Assistant United States Attorney